# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | No. 822 |
| | : | |
| DESIGNATION OF CHAIR AND VICE-CHAIR OF THE JUVENILE COURT PROCEDURAL RULES COMMITTEE | : | SUPREME COURT RULES DOCKET |
| | : | |
| | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 14th day of January, 2020, the Honorable Joy Reynolds McCoy is hereby designated as Chair, and Cheryl A. Sobeski-Reedy, Esquire, as Vice-Chair, of the Juvenile Court Procedural Rules Committee, commencing February 1, 2020.